UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF RIVER BIRCH INCORPORATED             Plaintiff | CASE NO. 11-CV-404-MLCF-ALC  SECTION "F" |
| VERSUS | |
| CREEK SERVICES, L.L.C. AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA             Defendants | JUDGE MARTIN L.C. FELDMAN  MAGISTRATE JUDGE ALMA L. CHASEZ |

## STATEMENT OF CORPORATE DISCLOSURE BY RIVER BIRCH, INC.

River Birch, Incorporated, a Louisiana corporation, hereby certifies pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and no publically traded company owns ten percent (10%) or more of its stock.

2011.06.10.ila.

Respectfully submitted,

*/s/ Ian L. Atkinson*
Patrick S. McGoey, 24549
William P. Gibbens, 27225
Andrea V. Timpa, 29455
Ian L. Atkinson, 31605
SCHONEKAS, EVANS, McGOEY &
McEACHIN, L.L.C.
650 Poydras Street, Suite 2105
New Orleans, Louisiana  70130
Telephone:  (504) 680-6050
Facsimile:  (504) 680-6051
patrick@semmlaw.com
billy@semmlaw.com
andrea@semmlaw.com
ian@semmlaw.com

Attorneys for Plaintiff, River Birch Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice to all counsel of record.

*/s/ Ian L. Atkinson*